## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 18-32153** |
| | § | |
| **DATTAJUSTIN DAUGHERTY-WILLIAMS** | § | **CHAPTER 13** |
| | § | |
| **DEBTOR** | § | |

### CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, DAVID G. PEAKE, Chapter 13 Trustee, and files this Objection to Confirmation of Debtor's Plan for the following reasons and upon the following grounds:

The Debtor's plan was not proposed in good faith. 11 USC § 1325(a)(3). The plan, as well, as the schedules, reflect no ability, on the part of the Debtor, to fund the payments called for in the plan. 11 USC § 1325(a)(6). The Debtor's mort recently filed budget schedules reflect that the Debtor has insufficient regular income to fund chapter 13 plan payments.

WHEREFORE, premises considered, the Trustee prays that the Court DENY confirmation of Debtor's plan.

Dated: July 17, 2018

Respectfully submitted,

By:  /s/ Dinorah Gonzalez
      Dinorah Gonzalez
      TBN: 24029580
      9660 Hillcroft, Suite 430
      Houston, TX 77096
      Tel: 713-283-5400
      Fax: 713-852-9084
      ATTORNEY FOR CHAPTER 13 TRUSTEE,
      DAVID G. PEAKE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Objection was mailed this 17th day of July, 2018 by U.S. Mail and/or served electronically to all parties in interest.

Dattajustin Toshihiro Dougherty-Williams
2534 Splintwood Ct
Kingwood, TX 77345

Kyle Kenneth Payne
Payne & Associates, PLLC
5225 Katy Freeway, Suite 505
Houston, TX 77007

                            /s/ Dinorah Gonzalez
                            Dinorah Gonzalez